# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142123

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 142123
                                       COA: 298807
                                       Gratiot CC: 01-004211-FH

FLOYD JENNINGS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

t0418